BLANK ROME, LLP
Attorneys for Plaintiffs
BRIDGE OIL LTD. and BRIDGE OIL (UK) LTD.
Thomas H. Belknap, Jr. (TB-3188)
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com
llambert@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIDGE OIL LTD. and BRIDGE OIL (UK) LTD.

    Plaintiff,

-against-

HAWKNET LIMITED,

    Defendant.

08 Civ. 3615 (DAB)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs BRIDGE OIL LTD. and BRIDGE OIL (UK) LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: New York, NY
       April 15, 2008

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiffs
                                    BRIDGE OIL LTD. and BRIDGE OIL (UK) LTD.

                                    By _____
                                        Thomas H. Belknap, Jr. (TB-3188)
                                        LeRoy Lambert (LL-3519)
                                  405 Lexington Ave.
                                  New York, NY 10174-0208
                                  (212) 885-5000

900200.00001/6631947v.1